# Exhibit 1



US00D671249S

## (12) United States Design Patent
Sheikh et al.

(10) Patent No.: **US D671,249 S**
(45) Date of Patent: ✱✱ **Nov. 20, 2012**

(54) **COMBINED FLASHLIGHT AND STUN GUN**

(76) Inventors: **Yasar Sheikh**, Sanford, FL (US);
**Shabbir Sheikh**, Sanford, FL (US)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/403,451**

(22) Filed: **Oct. 6, 2011**

(51) LOC (9) Cl. .................................................. 26-02
(52) U.S. Cl. ............................................... D26/38
(58) Field of Classification Search ............ D26/37, D26/38, 39, 40, 43, 45, 46, 49, 51; 362/157, 362/158, 183, 185, 194–197, 200–208, 253; D22/117
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D565,769 S ✱ | 4/2008 | Shiu | D26/49 |
| D578,236 S ✱ | 10/2008 | Dalton | D26/49 |
| D585,577 S ✱ | 1/2009 | Bonis | D26/49 |
| D586,025 S ✱ | 2/2009 | Bonis | D26/49 |
| D595,439 S ✱ | 6/2009 | Haight et al. | D26/49 |
| D601,736 S ✱ | 10/2009 | Swan | D26/49 |
| D629,542 S ✱ | 12/2010 | Robinson | D26/49 |
| D646,346 S ✱ | 10/2011 | Rae | D22/117 |
| D647,232 S ✱ | 10/2011 | Liu | D26/49 |
| D647,654 S ✱ | 10/2011 | Li | D26/49 |
| D648,467 S ✱ | 11/2011 | Nguyen et al. | D26/46 |
| D649,670 S ✱ | 11/2011 | Robinson | D26/49 |

✱ cited by examiner

*Primary Examiner* — Ian Simmons
*Assistant Examiner* — Carissa C Fitts
(74) *Attorney, Agent, or Firm* — QuickPatents, Inc.; Kevin Prince

(57) **CLAIM**

We claim the ornamental design for a combined flashlight and stun gun, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a combined flashlight and stun gun, showing our new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;
FIG. 5 is a top plan view thereof; and,
FIG. 6 is a bottom plan view thereof.
The broken lines are for environmental purposes only and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





**FIG. 1**



FIG. 2    FIG. 3



FIG. 4

FIG. 5

FIG. 6